# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YSMAEL ARIAS, ET AL.,** | : |
| *Plaintiffs* | : Case No.  19-cv-05227-JMY |
| v. | : |
| **WAL-MART STORES EAST, LP, ET AL.,** | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this 14th day of September, 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

(1) Plaintiffs' Motion for Default Judgment against Alliance Property Services (ECF No. 30) is **GRANTED**;

(2) Plaintiffs shall supplement the evidentiary record on the question of damages, within thirty (30) days of this Order; and

(3) This case is listed for a damages hearing on October 26, 2021, at 11:00 a.m. in Courtroom 13A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

It is **FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **IMMEDIATLEY TRANSMIT** copies of this Order and accompanying Memorandum to Defendant Alliance Property Services at the following address: 175-30 Route 70 East, Suite 127, Medford, New Jersey, 08055.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
_____
**Judge John Milton Younge**